AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ERIK R. SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

    v.

CASE NUMBER: 4:21-cv-242

GEMCAP TRUCKING, INC.; PRIME PROPERTY & CASUALTY INSURANCE INC.; HUMBERTO JIMENEZ, Individually; and JOHN DOES 1-3,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated April 21, 2022, the Consent Motion for Voluntary Remand is granted. Therefore, this case is remanded to the State Court of Bryan County, Georgia. This case stands closed.

Approved by: _____ [signature]

April 27, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____ [signature]
(By) Deputy Clerk

GAS Rev 10/1/03